UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE PLUMBERS LOCAL
UNION NO. 1 WELFARE FUND, TRADE
EDUCATION FUND, AND 401(K) SAVINGS
PLAN, *et al*.,

                     Plaintiffs,

          - against -

LG ELITE PLUMBING, INC. AND
LORENZO PASTENA,

                     Defendants.

------------------------------------------------------------x

**ORDER ADOPTING REPORT &
RECOMMENDATION**
25-CV-2234 (PKC) (RML)

PAMELA K. CHEN, United States District Judge:

The Court adopts Magistrate Judge Robert M. Levy's Report and Recommendation ("R&R", Dkt. 23), granting Plaintiffs' Motion for Default Judgment, (Dkt. 18), against Defendants LG Elite Plumbing, Inc. and Lorenzo Pastena in its entirety.  Judge Levy issued the R&R on March 6, 2026.  (R&R, Dkt. 23.)  Plaintiffs' objections were due by March 20, 2026.  (*Id*.)  Defendants' objections were due by March 24, 2026.  (Dkt. 24.)  To date, no objections have been filed.  "When no timely objection is filed" to a magistrate judge's R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018) (summary order); *see also Thomas v. Arn*, 474 U.S. 140, 153 (1985) ("Congress would not have wanted district judges to devote time to reviewing magistrate's reports except to the extent that such review is requested by the parties or otherwise necessitated by Article III of the Constitution.").

The Court has reviewed Judge Levy's well-reasoned R&R and finds no clear error on the face of the record, except to note the following: the R&R states that interest on delinquent

contributions is "calculated from the twentieth day following the due date and compounded annually, plus liquidated damages." (R&R, Dkt. 23, at 15 (citing, *inter alia*, Salvatierra Decl., Dkt. 19, ¶ 32)).) However, the underlying policies state that interest shall be calculated from the due date of an ultimately delinquent contribution, which is 20 days following close of the payroll upon which contributions are due. (*See, e.g.*, Ex. E (Trust Agreement), Dkt. 19, at ECF[1] 195.) As this matches Plaintiffs' Motion for Default Judgment and Plaintiffs' calculations of interest, the Court finds no error in the ultimate calculation of damages including interest, which it adopts.

Thus, Plaintiffs' Motion for Default Judgment is GRANTED, as follows:

1. Plaintiff Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan is awarded:

    a. $162,068.71 in accordance with the R&R, (*see* R&R, Dkt. 23, at 21–22);

    b. Interest on the delinquent contributions and 401(k) Salary Deferrals at the rate of ten percent per annum through the date of judgment, plus mandatory post-judgment interest at the statutory rate.

2. Plaintiffs Trustees of the United Association National Pension Fund and Trustees of the International Training Fund are awarded:

    a. $21,463.73 in accordance with the R&R, (*see* R&R, Dkt. 23, at 22);

    b. $2,080.31 in liquidated damages to Trustees of the United Association National Pension Fund;

    c. $132.14 in liquidated damages to Trustees of the International Training Fund;

---

[1] Citations to "ECF" refer to the pagination generated by the Court's CM/ECF docketing system and not the document's internal pagination.

    d.   Interest on the delinquent contributions through the date of judgment, plus mandatory post-judgment interest at the statutory rate.

3.   Finally, Plaintiffs are awarded $7,109 in attorney's fees and $499.44 in costs.

Plaintiffs seek default judgment against both LG Elite Plumbing, Inc. and individual Defendant Pastena.  As Judge Levy notes, with respect to Pastena, Plaintiffs have failed to "fully compl[y] with the Servicemembers Civil Relief Act ('SCRA'), which requires a plaintiff requesting a default judgment to 'file with the court an affidavit stating whether or not the defendant is in military service and showing necessary facts to support the affidavit.'"  (R&R, Dkt. 23, at 5 n.1 (citations omitted).)

Accordingly, Plaintiffs are required to show compliance with the SCRA with respect to Pastena by April 27, 2026, at which point judgment will be entered in favor of Plaintiffs.  No judgment shall issue at this time.  Plaintiffs are directed to serve a copy of this order on Defendants and to file proof of service by April 9, 2026.

SO ORDERED.

/s/ Pamela K. Chen
Pamela K. Chen
United States District Judge

Dated: March 30, 2026
       Brooklyn, New York

3